COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

MARGARET BRAUDRICK and LENA               )

FIERRO,                                                               )

                                                                              )                No.  08-05-00401-CV

Appellants,                         )

                                                                              )                     Appeal from the

v.                                                                           )

                                                                              )                 
120th District Court

WAL-MART STORES, INC., d/b/a
SAM=S        )

WHOLESALE CLUB and EMERSON                 )              of El Paso
County, Texas

CONSTRUCTION COMPANY,                         )

                                                                              )                    (TC# 2003-3704)

Appellees.                          )

                                                                              )

 

 

O
P I N I O N

 

It has been
brought to the attention of this Court that the above styled and numbered cause
has been filed in duplicate due to a clerical error.  It is the opinion of this Court that the
attempted appeal under cause no. 08-05-00401-CV should be dismissed from the
docket due to duplication.  The above styled
and numbered cause will continue under Cause No. 08-05-00400-CV.

 

 

January
19, 2006

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.